UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BRUCE R. MARSHALL and JEANINE WEIR, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 5:18-cv-196 |
| LARRY S. and KAREN J. BASSETT, | ) ) ) | |
| Defendants. | ) | |

## ENTRY ORDER

The court has learned that defendant Larry S. Bassett was denied a bankruptcy discharge by the U.S. Bankruptcy Court in the Eastern District of Texas on March 7, 2020. The parties have not been in touch with this court since that date. The court has scheduled a status conference for Wednesday, October 5, 2022, at 11:00 a.m. in Rutland. Either side may appear in person or by Zoom. The court will provide a link upon request. At the status conference, both sides shall be prepared to explain to the court the status of this case as they see it. Either side is welcome to submit a written memorandum in advance of the status conference.

Dated at Rutland, in the District of Vermont, this 31st day of August, 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court