UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 AUG 28  AM 10: 40

| | |
|---|---|
| BRUCE R. MARSHALL and JEANINE WEIR, <br><br> Plaintiffs, <br><br> v. <br><br> LARRY S. and KAREN J. BASSETT, <br><br> Defendants. | Case No. 5:18-cv-196 |

## ORDER APPOINTING SETTLEMENT JUDGE

The court appoints U.S. Magistrate Judge Kevin Doyle to serve as settlement judge in this case. Judge Doyle will schedule a video conference with both sides present. The court anticipates that he will ask the parties for their consent to speak directly and privately to him about their settlement positions. With the parties' consent, such discussions are a permissible part of the negotiation process. *Bilello v. Abbott Laboratories*, 825 F.Supp. 475 (E.D.N.Y. 1993). Judge Doyle will limit any communications about the settlement process with the undersigned to brief written reports, filed on the docket, that the negotiations are continuing or that they have concluded – either with a final settlement or not. He will not reveal the parties' positions or any information provided to him by the parties. There will be no cost to either side for this appointment. The court appreciates Judge Doyle's willingness to accept this assignment.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 28th day of August, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court