UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BRUCE R. MARSHALL and JEANINE WEIR,

    Plaintiffs,

    v.     Case No. 5:18-cv-196

LARRY S. BASSETT,

    Defendant.

## ORDER ON "WRIT OF ERROR AND ORDER"
(Doc. 55)

Plaintiffs Bruce. R. Marshall and Jeanine Weir, representing themselves, have filed a "writ of error and order" challenging the court's jurisdiction over this lawsuit and seeking to cancel the bench trial scheduled for June 10 – 14, 2024. (Doc. 55.) The "writ of error" consists of legal nonsense that the court associates with the "constitutionalist" movement. *See Faulkner v. Decker*, 2023 WL 8653847, at *2 (D. Idaho Dec. 14, 2023) (noting the "popular but erroneous 'constitutionalist'" theory of government "has been consistently rejected by the courts").

This case has been pending since 2018. It concerns a claim that Mr. Marshall invested money with Mr. Bassett who has not repaid principal or interest. Plaintiffs allege theft or fraud; Mr. Bassett responds that he lost the money through investment decisions. Mr. Bassett was denied a discharge by the bankruptcy court in the Eastern District of Texas. His wife Karen Bassett received a discharge and has recently been dismissed from this lawsuit. *See* Doc. 53. Plaintiffs did not file a Final Amended Complaint by the due date of March 1, 2024. The case is currently referred to Magistrate Judge Kevin J. Doyle for settlement (Doc. 50) and he has scheduled a status conference for March 19, 2024.

The court addresses the following questions to the Plaintiffs and requests a written response not later than April 1, 2024:

1. Do you wish the court to dismiss this lawsuit without prejudice to your right to refile in some other jurisdiction?

    Yes _____ ;   No _____ .

2. Is there a date when you wish to proceed with a trial in this court?

    Yes _____ ;   No _____ .

3. What is that date? _____ .

A copy of this order with the boxes marked appropriately is a sufficient response. A narrative response is also acceptable. What the court needs to know is whether Plaintiffs wish to pursue this case in this court in light of their constitutional concerns and if yes, when.

Dated at Rutland, in the District of Vermont, this 6th day of March 2024.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court